**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**MEMO ENDORSED**

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0995

February 11, 2021

Honorable Kenneth M. Karas
United States District Judge
United States District Courthouse
300 Quarropas Street
White Plains, NY 10601

By ECF and Email/PDF

Re:   *United States v. Kesean Galloway*, 17 Cr. 202 (KMK)
      Request for CJA Re-Assignment

Dear Judge Karas:

I was previously assigned to represent the above defendant pursuant to CJA. On September 5, 2018 the Court sentenced Mr. Galloway to a total of 120 months' imprisonment to be followed by 3 years' Supervised Release after his previous plea of guilty to robbery conspiracy and carjacking. (ECF Doc No. 190). On January 8, 2021, I was contacted by the defendant, who is designated at FCI Ray Brook, to request that I assist him with a possible motion for compassionate release. My brief review of Mr. Galloway's BOP medical records confirms that he has comorbidities which place him at extreme risk for life-threatening illness or death should he contract Covid-19. On February 4, 2021, the defendant informed me that his administrative request for compassionate release was denied by the Warden, FCI Ray Brook.

I therefore write to the Court requesting to be re-appointed to represent the defendant pursuant to CJA, *nunc pro tunc* to January 8, 2021, in order to further investigate this issue and to possibly bring an appropriate motion before the Court.

Thank you, Your Honor, for your consideration of these applications.

Granted.
So Ordered.

/s/ KMK
2/12/21

Very truly yours,

Tanner & Ortega, L.L.P.

/s/ Howard E. Tanner
Howard E. Tanner, Esq.

cc:   AUSA Scott Hartman (By ECF and Email/PDF)